IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Jamie Silvers,                          :
                    Petitioner          :
                                        :
          v.                            :          No. 1436 C.D. 2018
                                        :
Unemployment Compensation               :
Board of Review,                        :
                    Respondent          :

## O R D E R

NOW, August 7, 2019, upon consideration of Petitioner's

application for reconsideration/reargument, the application is denied.


_____
MARY HANNAH LEAVITT,
President Judge